**Order entered November 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00876-CV

**CECILIA SOO, ET AL., Appellants**

**V.**

**TIMOTHY G. PLETTA, ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06816**

### ORDER

Before the Court is appellants' October 28, 2020 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **December 1, 2020**.

/s/     ERIN A. NOWELL
        JUSTICE